## Goldenberg, et al., Appellants, *v.* Holiday Inns of America, Inc.

order by HIRSH, J. Argued June 11, 1975. *Allen L. Feingold,* for appellants; *Frank Rogers Donahue, Jr.,* with him *William J. Ryan, Jr.,* for appellees.

OPINION PER CURIAM: On a prior appeal in this case we remanded for consideration of appellee's motion to open judgment. The court below granted the motion to open, but without notice to counsel. Accordingly, the order is vacated and the record remanded for full consideration of the motion to open and such subsequent proceedings as may be appropriate.